UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20550-CR-MORENO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

EMILIO FLORES,

        Defendant.
_____/

## ORDER OVERULING OBJECTIONS, ADOPTING REPORT AND RECOMMENDATION and DENYING MOTION TO SUPPRESS

THIS CAUSE came before the Court upon defendant's objections to the report and recommendation of the Magistrate Judge **[D.E. #78]** and the Court being fully advised in the premises, it is

ORDERED and ADJUDGED that after a *de novo* review the objections are overruled. The Court adopts the Report and Recommendation of Magistrate Judge Edwin Torres and the motion to suppress is **DENIED.**

DONE and ORDERED in Miami-Dade County Florida this ____ day of October, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

All counsel of record